IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AURUM ASSET MANAGERS, LLC, as assignee of the reinsurance assets of EVERGREEN NATIONAL INDEMNITY COMPANY, as successor-in-interest to SUMMIT FIDELITY & SURETY COMPANY | : : : : : : | MISCELLANEOUS ACTION |
| v. | : : | |
| BANCO DO ESTADO DO RIO GRANDE DO SUL, as successor-in-interest to COMPANHIA UNIÃO DE SEGUROS GERAIS, and BRADESCO COMPANHIA DE SEGUROS | : : : : : | NO. 08-102 |

ORDER

AND NOW, this 13th day of October, 2010, upon consideration of the respondent Banrisul's Motion to Vacate Default Judgment and to Stay Enforcement Thereof (Docket No. 3), the petitioner's Motion to Amend the Court's Judgment and Order (Docket No. 13), the oppositions and replies thereto, and for the reasons stated in a memorandum of law bearing today's date; IT IS HEREBY ORDERED the respondent's motion is GRANTED and the petitioner's motion is DENIED. The Court's confirmation of the arbitration award filed on June 24, 2008 (Docket No. 2) is hereby VACATED as it applies to Banrisul. The Clerk of Court shall mark this case as CLOSED.

BY THE COURT:


/s/ Mary A. McLaughlin
MARY A. McLAUGHLIN, J.